| | |
|---|---|
| 1 | RAOUL D. KENNEDY (STATE BAR NO. 40892) |
|   | Raoul.Kennedy@skadden.com |
| 2 | RICHARD S. HORVATH, JR. (STATE BAR NO. 254681) |
|   | Richard.Horvath@skadden.com |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 525 University Avenue, Suite 1100 |
| 4 | Palo Alto, California 94301 |
|   | Telephone: (650) 470-4500 |
| 5 | Facsimile:  (650) 470-4570 |
| 6 | PAUL M. ECKLES (STATE BAR NO. 181156) |
|   | Paul.Eckles@skadden.com |
| 7 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 4 Times Square |
| 8 | New York, New York 10036 |
|   | Telephone: (212) 735-3000 |
| 9 | Facsimile:  (212) 735-2000 |
| 10 | Attorneys for Specially Appearing Defendant |
|    | HARPERCOLLINS PUBLISHERS L.L.C. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| REBECCA L. ROSSMAN, MIRIAM CUMMINGS, CAROLE C. KEHL, and KAMAL SONTI, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | **CASE NO. 3:11-CV-04192-MEJ** |
| Plaintiffs, | ) ) | **NOTICE OF APPEARANCE** |
| vs. | ) ) | |
| APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC., | ) ) ) ) ) ) | |
| Defendants | ) ) | |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that attorneys Raoul D. Kennedy (SBN 40892) and Richard S. Horvath, Jr. (SBN 254681) of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, located at 525 University Avenue, Suite 1100, Palo Alto, California 94301, and Paul M. Eckles (SBN 181156), of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, located at 4 Times Square, New York, New York 10036, hereby enter their appearances as co-counsel of record on behalf of defendant HarperCollins Publishers L.L.C. (incorrectly sued herein as "HarperCollins Publishers, Inc.") in *Rossman, et al. v. Apple Inc., et al.*, Case No. 3:11-CV-04192-MEJ. In submitting this Notice of Appearance, Defendant HarperCollins is making a special appearance and preserves its right to object to this action and to raise any defense pursuant to Rule 12 of the Federal Rules of Civil Procedure, including but not limited to improper venue, insufficient process, insufficient service of process or lack of personal jurisdiction.

Defendant HarperCollins requests that, pursuant to General Order No. 45, Raoul D. Kennedy, Richard S. Horvath, Jr. and Paul M. Eckles be added to the docket and that email notifications of any documents filed by or with this Court be provided to them at the above-listed electronic mail addresses.

DATED: November 1, 2011

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Raoul D. Kennedy_____
RAOUL D. KENNEDY

525 University Ave., Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.