RAOUL D. KENNEDY (STATE BAR NO. 40892)
Raoul.Kennedy@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile:  (650) 470-4570

PAUL M. ECKLES (STATE BAR NO. 181156)
Paul.Eckles@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

Attorneys for Specially Appearing Defendant
HARPERCOLLINS PUBLISHERS L.L.C.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA L. ROSSMAN, MIRIAM CUMMINGS, CAROLE C. KEHL, and KAMAL SONTI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>APPLE INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS, INC.; MACMILLAN PUBLISHERS, INC.; PENGUIN GROUP (USA) INC.; and SIMON & SCHUSTER, INC.,<br><br>        Defendants, | CASE NO. 3:11-CV-04192-MEJ<br><br>**SPECIALLY APPEARING DEFENDANT HARPERCOLLINS PUBLISHERS L.L.C.'S CERTIFICATE OF INTERESTED PERSONS**<br><br>[CIVIL LOCAL RULE 3-16] |

1

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

2      Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

3   persons, associations of persons, firms, partnerships, corporations (including parent corporations)

4   or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

5   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

6   substantially affected by the outcome of this proceeding:  News Corporation.

7   DATED:  November 1, 2011

8                                                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

9

10                                                    By:  _____/s/ Raoul D. Kennedy_____
                                                                   RAOUL D. KENNEDY

11                                                    525 University Ave., Suite 1100
                                                     Palo Alto, California 94301
12                                                    Telephone:  (650) 470-4500
                                                     Facsimile:  (650) 470-4570
13
                                                     Attorneys for Specially Appearing Defendant
14                                                   HARPERCOLLINS PUBLISHERS L.L.C.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1